UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| Crystal Schleicher, | ) |
| Plaintiff, | ) |
| v. | ) |
| Life Insurance Company of North America, | ) Case No.: 8:23-cv-00556 |
| and | ) |
| Laboratory Corporation of America Holdings Group Benefits Plan | ) |
| Defendants. | ) |

**JOINT STIPULATION DISMISSING DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS GROUP BENEFIT PLAN *ONLY***

Plaintiff, Crystal Schleicher ("Plaintiff"), and Defendants, Life Insurance Company of North America ("LINA") and Laboratory Corporation of America Holdings Group Benefits Plan (the "Plan") (collectively, the "Parties"), through their respective counsel, hereby stipulate to the following:

1. The Parties acknowledge that the Plan is not a necessary party to this action because the benefits at issue are fully insured by LINA, and LINA will be responsible for payment of any benefits awarded for plaintiff's claim under 29 U.S.C. §1132(a)(1)(B), as well as interest and attorney's fees, if any.

2. LINA will not defend against Plaintiff's claim and/or cause of action under 29 U.S.C. §1132(a)(1)(B) including any claim for attorney's fees, by asserting that the Plan is at fault or is a necessary party to this action.

3. The Parties agree that all claims against the Plan should be dismissed without prejudice and without an award of fees or costs to any party.

4. Defendant LINA remains a party to this action.

Wherefore, the Parties stipulate that Defendant Laboratory Corporation of America Holdings Group Benefits Plan only should be dismissed from this lawsuit without prejudice and without an award of fees or costs to any party, and request that the Plan be removed from the caption of this matter.

Dated:

| **LAW OFFICE OF TALIA RAVIS, PA** | **ST. LOUIS HINSHAW & CULBERTSON LLP** |
|---|---|
| s/Talia Ravis | s/James M. Brodzik |
| Talia Ravis | James M. Brodzik |
| MO Bar No. 58366 | MO Bar No. 66700 |
| Law Office of Talia Ravis, PA | St. Louis Hinshaw & Culbertson LLP |
| 9229 Ward Parkway, Suite 370 | 701 Market Street, Suite 260 |
| Kansas City, Missouri 64114 | St. Louis, MO 63101 |
| 816-333-8955 (tel) | (314) 241-2600 (tel) |
| 800-694-3016 (fax) | (314) 241-7428 (fax) |
| talia@erisakc.com | jbrodzik@hinshawlaw.com |
| | |
| ATTORNEY FOR PLAINTIFF, CRYSTAL SCHLEICHER | s/ Matthew D. Quandt |
| | Matthew D. Quandt |
| | Bar No. 26731 |
| | ERICKSON \| SEDERSTROM, P.C. |
| | 10330 Regency Parkway Drive |
| | Omaha, NE 68114 |
| | (402) 397-2200 |
| | (402) 390-7137 Fax |
| | quandt@eslaw.com |
| | |
| | ATTORNEYS FOR DEFENDANT, LIFE INSURANCE COMPANY OF NORTH AMERICA |

## **CERTIFICATE OF SERVICE**

I certify that on January 29, 2024, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system with service to be accomplished by it electronically on the following:

James M. Brodzik
St. Louis Hinshaw & Culbertson LLP
701 Market Street, Suite 260,
St. Louis, MO 63101
jbrodzik@hinshawlaw.com

Matthew D. Quandt, 26731
ERICKSON | SEDERSTROM, P.C.
10330 Regency Parkway Drive
Omaha, NE 68114
quandt@eslaw.com

                                                /s/Talia Ravis
                                                *Attorney for Plaintiff, Crystal Schleicher*