IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRYSTAL SCHLEICHER,<br><br>      Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>      Defendant. | 8:23CV556<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

  This case is before the Court on the parties' Joint Stipulation of Dismissal, signed by counsel for each party. Filing 26. The parties stipulate to dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorney's fees. Filing 26 at 1. Accordingly,

  IT IS ORDERED that the parties' Joint Stipulation of Dismissal, Filing 26, is granted, and this case is dismissed with prejudice, with each party to bear its own fees and costs.

  Dated this 11th day of July, 2024.

                    BY THE COURT:

                    _____
                    Brian C. Buescher
                    United States District Judge